UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:16-cr-00224-JAM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JENIVIVE MCINTYRE, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jenivive McIntyre</u>; Case <u>2:16-cr-00224-JAM</u> from custody and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of  $25,000.00, co-signed by John McIntyre

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions as stated on the record</u>

Issued at <u>Sacramento, CA</u> on <u>1/30/2017</u> at  2:35 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge