LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JENIVIVE MCINTYRE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00224 JAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| JENIVIVE MCINTYRE, | |
| Defendant. | |

## STIPULATION

At the request of Pretrial Services, the parties hereby stipulate that defendant JENIVIVE MCINTYRE shall comply with the following additional condition of release: **You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.** All other terms and conditions of release remain.

**IT IS SO STIPULATED.**

DATED:     January 31, 2017          /s/ Chris Cosca for_____
                                     SAMUEL WONG
                                     Assistant United States Attorney

1
USA v. MCINTYRE, Stip and Proposed Order to Modify Conditions of Release

DATED:     January 31, 2017        /s/ Chris Cosca
                                   CHRIS COSCA
                                   Counsel for Defendant Jenivive McIntyre

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  February 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

USA v. MCINTYRE, Stip and Proposed Order to Modify Conditions of Release