1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5

6  Attorneys for plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-224-JAM
12 | Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**
13 | v. |
14 | JENIVIVE SAHRA JANE MCINTYRE, AND ZACHERY JOSEPH BASTIEN, |
15 | Defendants. | Date: June 13, 2017
16 | | Time: 9:15 a.m.
   | | Court: Hon. John A. Mendez

17       It is hereby stipulated and agreed by and between plaintiff United States of America, on

18 the one hand, and defendants Jenivive Sahra Jane McIntyre and Zachery Joseph Bastien, on the

19 other hand, through their respective attorneys, that the presently set June 13, 2017, at 9:15 a.m.,

20 status conference hearing shall be continued by the Court to September 12, 2017, at 9:15 a.m., to

21 allow each defense counsel to review discovery, including Bates numbered materials

22 MCINTYRE_001001-001276, MCINTYRE_RAP_001-034, and BASTIEN_RAP_001-008

23 produced by the United States, conduct his independent investigation into the facts and applicable

24 law, interview witnesses, discuss with his client potential pretrial resolution, and otherwise prepare

25 his defendant's respective defense.

26       The parties agree and request that the Court find that: (1) the failure to grant this requested

27 continuance would deny each defense counsel reasonable time necessary for effective preparation,

28 taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the

STIPULATION & ORDER CONTINUING TCH                    1

case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 8, 2017, to and including the September 12, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare his respective client's defenses.

Dated: June 8, 2017 */s/ Chris Cosca*

CHRIS COSCA
Attorney for defendant
Jenivive Sahra Jane McIntyre
(Per phone authorization)

Dated: June 8, 2017 */s/ Todd Leras*

TODD LERAS
Attorney for defendant
Zachery Joseph Bastien
(Per email authorization)

Dated: June 8, 2017 PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
By: _____
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is |
| 4 | hereby ORDERED that the presently set June 13, 2017, at 9:15 a.m., status conference hearing |
| 5 | shall be continued to September 12, 2017, at 9:15 a.m. |
| 6 | Based on the representations of the parties in their stipulation, the Court finds that the |
| 7 | failure to grant this requested continuance would deny each defense counsel reasonable time |
| 8 | necessary for effective preparation, taking into account the exercise of due diligence. The Court |
| 9 | hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 10 | et seq., within which the trial of this case must commence, the time period from the date of this |
| 11 | stipulation, June 8, 2017, to and including the September 12, 2017, status conference hearing, shall |
| 12 | be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each |
| 13 | defense counsel reasonable time necessary to prepare his respective client's defenses. |

IT IS SO ORDERED.

Dated: 6/12/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge