1  LAW OFFICES OF CHRIS COSCA
   CHRIS COSCA        CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   JENIVIVE MCINTYRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:16-CR-00224 JAM |
|---|---|
| Plaintiff, | ) **WAIVER OF DEFENDANT'S** |
| vs. | ) **APPEARANCE AND ORDER** |
| JENIVIVE MCINTYRE, | ) |
| Defendant. | ) |

    Defendant JENIVIVE MCINTYRE hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when so ordered.

    Defendant JENIVIVE MCINTYRE hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally

Waiver of Defendant's Appearance

present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and she has authorized her undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without her being personally present.

Respectfully submitted,

Dated: August 22, 2017  /s/ Jenivive McIntyre
JENIVIVE MCINTYRE
Defendant

Dated: August 22, 2017  /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant,
JENIVIVE MCINTYRE

**ORDER**

**IT IS SO ORDERED.**

Dated: August 23, 2017
/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Waiver of Defendant's Appearance