| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 504-3933 |
| 4 | Attorney for Defendant |
|   | ZACHERY BASTIEN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-224-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JENEVIVE SAHRA JANE McINTYRE, and ZACHERY JOSEPH BASTIEN, | Date: March 27, 2018 |
| Defendants. | Time: 9:15 a.m. |
| | Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Jenevive Sahra Jane McIntyre and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set March 27, 2018, at 9:15 a.m., status conference hearing shall be continued by the Court to June 26, 2018, at 9:15 a.m., to allow each defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

In addition, Todd Leras, Esq., counsel for defendant Zachery Bastien is presently assigned to a jury trial before District Judge Morrison England in the matter of United States v. Saber Shehadeh, Case No. 2:16-CR-038 MCE, scheduled to commence on May 14, 2018. Mr. Leras advises that there are approximately 117,000 discovery documents in that case. The jury trial in Shehadeh may

1

STIPULATION & ORDER CONTINUING TCH

1 possibly extend into mid-June 2018. Most of Mr. Leras' work schedule has been occupied in
2 preparing for this trial and Mr. Leras has been unable to fully prepare Bastien's defense in the instant
3 case.

4     The United States has requested that the parties advance the case by requesting that the Court
5 set a trial and motions briefing schedule in the McIntyre/Bastien matters. However, respective
6 counsel for both defendants are not presently prepared to commit to a trial and a motions briefing
7 schedule, but believe that by the June 26, 2018, status conference date they will be in a more
8 informed position to make such decisions. In particular, Mr. Leras represents the time demands of
9 the <u>Shehadeh</u> matter preclude him from committing to specific dates in the McIntrye/Bastien matters
10 at this time.

11     The parties agree and request the Court find that: (1) the failure to grant this requested
12 continuance would deny each defense counsel reasonable time necessary for effective preparation,
13 taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the
14 case as requested outweigh the best interests of the public and the defendants in a speedy trial.

15     The parties further agree and request that the Court order for the purpose of computing time
16 under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must
17 commence, the time period from the date of this stipulation, March 23, 2018, to and including the
18 ///
19 ///
20 ///

June 26, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective client's defenses.

Dated: March 23, 2018

*/s/ Chris Cosca*

CHRIS COSCA
Attorney for defendant
Jenevive McIntyre
(Per email authorization)

Dated: March 23, 2018

*/s/ Todd Leras*

TODD LERAS
Attorney for defendant
Zachery Joseph Bastien

Dated: March 23, 2018

MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Samuel Wong*

SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
(Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set March 27, 2018, at 9:15 a.m., status conference hearing shall be continued to June 26, 2018, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, March 23, 2018, to and including the June 26, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated: 3/23/2018

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge