1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00224-GEB
12 |                           | STIPULATION AND ORDER CONTINUING
   | Plaintiff,                | TRIAL CONFIRMATION AND TRIAL DATES,
13 |                           | AND EXCLUDING TIME UNDER THE SPEEDY
   | v.                        | TRIAL ACT
14 |                           |
   | JENIVIVE SAHRA MCINTYRE, AND | Court: Hon. Garland E. Burrell, Jr.
15 | ZACHERY JOSEPH BASTIEN,   |
16 |                           |
   | Defendants.               |
17

18

19     Whereas, the United States believes there is a reasonable possibility that in the next few weeks it

20 will obtain the cooperation of one or more witnesses with information relevant to this case, and, as a

21 consequence, the United States will be producing additional discovery of approximately 800 pages of

22 discovery to each defendant in connection with related cases, Nos. 2:16-CR-216 GEB, 2:16-CR-224

23 GEB, 2:16-CR-225 GEB, and 2:16-CR-235 GEB that are all currently set for a joint trial;

24     Whereas, each defense counsel desires additional time after counsel's review and investigation

25 of the new discovery provided by the United States to aid in the preparation of his/her respective client's

26 defense and otherwise advise the client on the ramifications of accepting or rejecting any plea offer

27 made to the client.

28                                              1
STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

1   Whereas, there are currently four defendants remaining who are scheduled for trial in this case,
2   although the number of defendants who actually proceed to trial may change; and

3   Whereas, the criminal conspiratorial acts charged in the Indictments in each of the four related
4   case are alleged to have taken place in multiple counties and multiple federal judicial districts, and are
5   alleged to involve approximately 255 banking transactions. The United States anticipates relying on
6   several hundred exhibits at trial,

7   It is hereby stipulated and agreed by and between plaintiff United States of America, on the one
8   hand, and defendants Zachery Joseph Bastien and Jenivive Sahra McIntyre, on the other hand, through
9   their respective attorneys, that:

10  (1) the presently set May 3, 2019, trial confirmation hearing shall be continued to December
11  6, 2019, at 9:00 a.m.;

12  (2) the presently set June 25, 2019, trial date shall be continued to January 21, 2020;

13  (3) the Court shall find that this case is unusual and complex, as related to the other three
14  cases, due to the number of defendants (four), and the nature of the prosecution (as described above) that
15  it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the
16  time limits established by 18 U.S.C. § 3161;

17  (4) the Court shall find that the denial of the requested continuance would deny counsel for
18  each defendant the reasonable time necessary for effective preparation, taking into account the exercise
19  of due diligence;

20  (5) the Court shall find that the ends of justice served by the granting of such continuance
21  outweigh the best interests of the public and the defendants in a speedy trial;

22  (6) the Court shall set a status conference date of May 17, 2019, at 9:00 a.m. for defendant
23  Zachery Joseph Bastien for a possible change of plea; and

24  ///
25  ////
26  ///

2
STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

(7) pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, the Court shall exclude time from the date of the parties' stipulation, May 1, 2019, until the proposed January 21, 2020, trial date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense,.

DATED: May 1, 2019                    MCGREGOR W. SCOTT
United States Attorney

By: */s/ Samuel Wong*

SAMUEL WONG
Assistant United States Attorney

DATED: May 1, 2019

By: */s/ Todd Leras*

TODD LERAS
Attorney for defendant
Zachery Joseph Bastien

DATED: May 1, 2019

By: */s/ Chris Cosca*

CHRIS COSCA
Attorney for defendant
Jenivive Sahra McIntyre

-------------------------------------------------

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1) the case, as related to the other three cases, is unusual and complex due to the number of defendants (four) and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2) the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3) the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, it is hereby ORDERED that:

(1) the presently set May 3, 2019, trial confirmation hearing shall be continued to December 6, 2019, at 9:00 a.m.;

(2) the presently set June 25, 2019, trial date shall be continued to January 21, 2020;

(3) the Court shall conduct a status conference on May 17, 2019, at 9:00 a.m. for defendant Zachery Joseph Bastien only for a possible change of plea; and

(4) pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, time is excluded from the date of the parties' stipulation, May 1, 2019, until the proposed January 21, 2020, trial date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense.

Dated: May 2, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge