COSCA LAW CORPORATION
CHRIS COSCA (144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
Telephone: (916) 440-1010

Attorney for Defendant
JENIVIVE MCINTYRE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00224-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING TRIAL CONFIRMATION AND TRIAL DATES, SETTING A STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JENIVIVE SAHRA MCINTYRE, | Court: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

## STIPULATION

1. By previous order, this matter was set for a jury trial on January 21, 2019, and a trial confirmation hearing on December 6, 2019.

2. By this stipulation, Defendant JENIVIVE SAHRA MCINTYRE and the United States of America ("government"), by and through counsel of record, hereby request that the Trial Confirmation Hearing date of December 6, 2019 and Trial Date of January 21, 2020 be vacated and the matter be set for a status conference on January 17, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes financial records, summaries of interviews, and other documents associated with a lengthy interstate financial and drug investigation. This discovery has been either produced directly to counsel and/or made available for inspection.

STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

1

b) On October 11, 2019, co-defendant Zachery Bastien pleaded guilty to Count One of the Superseding Indictment charging conspiracy to structure monetary transactions in violation of 18 U.S.C. § 371. Bastien pleaded guilty in each of the cases related to Defendant's case [Nos. 2:16-CR-216 GEB, 2:16-CR-224 GEB, 2:16-CR-225 GEB] and is currently scheduled to be sentenced in January 2020. Bastien's plea agreement included a cooperation provision. Following Bastien's guilty pleas, the government provided in discovery additional discovery pertaining to financial transactions and interviews conducted in this case. This discovery has been either produced directly to counsel and/or made available for inspection.

c) In light of this additional discovery, the parties are currently engaged in active and fruitful plea negotiations. The parties anticipate resolving this case pursuant to a plea agreement before January 17, 2020.

d) Whereas, each defense counsel desires additional time after counsel's review and investigation of all the discovery provided by the United States to aid in the preparation of his/her respective client's defense and otherwise advise the client on the ramifications of accepting or rejecting any plea offer made to the client.

e) Whereas, there are currently three defendants remaining who are scheduled for trial in this case, although the number of defendants who actually proceed to trial may change; and

f) Whereas, the criminal conspiratorial acts charged in the Indictments in each of the three related case [Nos. 2:16-CR-216 GEB, 2:16-CR-224 GEB, 2:16-CR-225 GEB] are alleged to have taken place in multiple counties and multiple federal judicial districts, and are alleged to involve approximately 255 banking transactions. The United States anticipates relying on several hundred exhibits at trial.

3. It is hereby STIPULATED and AGREED by and between plaintiff United States of America, on the one hand, and defendant Jenivive Sahra McIntyre, on the other hand, through their respective attorneys, that:

(1) the presently set December 6, 2019 trial confirmation hearing and January 21, 2020 trial

STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

1 | date shall be vacated and a status conference set for January 17, 2020, at 9:00 a.m.;

2 |     (2)    the Court shall find that this case is unusual and complex, as related to the other three cases, due to the number of defendants (four), and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

    (3)    the Court shall find that the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

    (4)    the Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial;

    (5)    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, the Court shall exclude time from the date of the parties' stipulation, December 5, 2019, until the proposed January 17, 2020, status conference from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense,.

DATED: December 5, 2019                                      MCGREGOR W. SCOTT
                                                                       United States Attorney

                                                     By:    /s/ Kevin C. Khasigian
                                                                            KEVIN C. KHASIGIAN
                                                                            Assistant United States Attorney

DATED: December 5, 2019

                                                     By:    /s/ Chris Cosca
                                                                            CHRIS COSCA
                                                                            Attorney for defendant
                                                                            Jenivive Sahra McIntyre

**ORDER**

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1) the case, as related to the other three cases, is unusual and complex due to the number of defendants (four) and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2) the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3) the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, it is hereby ORDERED that:

(4) the presently set December 6, 2019 trial confirmation hearing and January 21, 2020 trial date shall be vacated and a status conference set for January 17, 2020, at 9:00 a.m; and

(5) pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, time is excluded from the date of the parties' stipulation, December 5, 2019, until the proposed January 17, 2020, status conference from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense.

Dated: December 5, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

4