McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00224-MCE |
| Plaintiff, | ORDER TO DISMISS SUPERSEDING INDICTMENT AGAINST DEFENDANT JENIVIVE SAHRA JANE McINTYRE |
| v. | |
| JENIVIVE SAHRA JANE MCINTYRE, | |
| Defendant. | |

**ORDER**

Upon motion of the government, it is ORDERED that the Superseding Indictment against the defendant is dismissed.

IT IS SO ORDERED.

DATED: January 6, 2020.

_____
UNITED STATES DISTRICT JUDGE